IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO:   3:09-CR-282-L |
| | § | |
| FERNANDO HERNANDEZ | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
<u>CONCERNING PLEA OF GUILTY</u>**

After reviewing all relevant matters of record, including the Notice Regarding Entry of a Plea

of Guilty, the Consent of Defendant, and the Report and Recommendation Concerning Plea of Guilty

of the United States Magistrate Judge ("Report"), and no objections thereto having been filed within

ten days of service in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge

determines  that the Report of the Magistrate Judge concerning the Plea of Guilty should be accepted.

Based upon the Report of the Magistrate Judge, the court finds that Defendant is fully competent and

capable of entering an informed plea, that he is aware of the nature of the charge and the

consequences of the plea, and that his plea of guilty is a knowing and voluntary plea, supported by

an independent basis in fact, containing each of the essential elements of the offense.  Accordingly,

the court **accepts** the plea of guilty entered by Defendant Fernando Hernandez on January 5, 2010,

and he is hereby adjudged **guilty** of the offense charged in the single-count Indictment, which is a

violation of 18 U.S.C. § 201(b)(2) and 2, namely, Receiving a Bribe by a Public Official, Aiding and

Abetting.  Sentence will be imposed in accordance with the court's scheduling order.

**It is so ordered** this 22nd day of January, 2010.


_____
Sam A. Lindsay
United States District Judge